IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                             4:08CR00136-01-WRW

TAMELA TRACY VAUGHAN

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the Probation of this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of her Probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Probation granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a term of imprisonment of 8 months at a designated Bureau of Prisons correctional facility. The defendant is to participate in residential or nonresidential substance abuse treatment during incarceration.

A term of Supervised Release of one (1) year is to follow incarceration. The defendant shall participate under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further the defendant shall abstain from the use of alcohol through the course of treatment. The defendant is to participate in mental health counseling under the guidance and supervision of the U.S. Probation Office. Restitution of $47,440.54 is mandatory and is payable to Wal-Mart during incarceration and supervised release. During incarceration the defendant will pay 50 percent per month of all funds that are available to her. During community confinement, payments will be reduced to 10 percent of the defendant's gross monthly income. Beginning the first month of supervised release, payments will be 10 percent per month of the defendant's monthly gross income. The interest is waived pursuant to 18 U.S.C. § 3612. Pursuant to 12 U.S.C. § 1785 and 1829, the defendant shall not obtain employment in an institution insured by the FDIC. The defendant shall

disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns.  This also includes records of any business with which the defendant is associated.  No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.  The remaining conditions of Probation imposed earlier remain in full force and effect.

IT IS SO ORDERED this 18th day of January, 2011.

The defendant is remanded into the custody of the U.S. Marshal.

                                            /s/Billy Roy Wilson
                             UNITED STATES DISTRICT JUDGE